UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Hot Girl Walk LLC, | ) | Case No. **CV 25-10800-JFW(DSRx)** |
| | ) | |
| Plaintiff, | ) | **PRELIMINARY INJUNCTION** |
| | ) | |
| v. | ) | |
| | ) | |
| Fashion Nova, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

For the reasons set forth in the Court's Order Re: Preliminary Injunction filed on December 5, 2025, the Court enters the following Preliminary Injunction, and hereby ORDERS as follows:

**FASHION NOVA, LLC,** and its officers, agents, servants, and employees, and any other persons or corporate entities who are in active concert or participation with it **ARE HEREBY RESTRAINED AND ENJOINED FROM:**

   1. Using the HOT GIRL WALK® mark or "Hot Girl Walk" on clothing products (including packaging and hangtags), online in the offering for sale or sale

of any apparel bearing the HOT GIRL WALK® mark or being sold in connection with the HOT GIRL WALK® mark (including on Fashion Nova, LLC's website and promoted through social media pages), and in all advertising and search engine optimization tools, including, but not limited to metatags, Google Adwords;

2. Directing its Paid Partners and/or third-party affiliates to use the HOT GIRL WALK® mark on clothing products (including packaging and hangtags), online (including Fashion Nova, LLC's website and social media pages), and in all advertising and search engine optimization tools, including, but not limited to metatags, Google Adwords;

3. Passing off, inducing, or enabling others to sell or pass off any apparel or related good or service as being affiliated with, authorized, or approved by Hot Girl Walk LLC; and

4. Committing any acts calculated to cause consumers to believe that Fashion Nova, LLC's goods or services are those sold under the control and supervision of Hot Girl Walk LLC, or are sponsored affiliated, endorsed, or approved by, or connected with, or guaranteed by, or produced under the control and supervision of Hot Girl Walk LLC.

    Hot Girl Walk LLC shall post a bond in the amount of $5,000 within two business days of the entry of this Preliminary Injunction.

Dated: December 5, 2025

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE